# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| vs. | : CRIMINAL NO.: 23-00098-KD-N |
| **HOWARD LEON CRUM, JR.** | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 70) and without any objection having been filed by the parties, Defendant's plea of guilty to Count One of the Indictment charging violations of Title 21 United States Code Sections 846, Conspiracy to Possess with Intent to Distribute Methamphetamine (actual)**,** is accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **November 22, 2024, at 9:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 17th day of June 2024.

                                           s/ Kristi K. DuBose
                                           KRISTI K. DuBOSE
                                           UNITED STATES DISTRICT JUDGE